# United States Court of Appeals
## For the First Circuit

---

No. 04-1492

MIRLA MIREYA RODRÍGUEZ-MARÍN;
ANA I. ESCOBAR-PABÓN,

Plaintiffs, Appellees,

v.

VÍCTOR RIVERA-GONZÁLEZ, in his personal capacity and
in his official capacity as Secretary of Corrections and
Administrator of the Administration of Corrections
of Puerto Rico; and ANA T. DÁVILA-LAO, in her personal
capacity and in her official capacity as Counsel to the
Administration of Corrections of Puerto Rico,

Defendants, Appellants.

---

ERRATA SHEET

The opinion of this Court issued on February 16, 2006 is amended as follows:

On page 10, line 22, change the year from 2001 to 2000.